McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-CR-00047 LJO |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING MOTIONS |
| | ) | |
| | ) | (Note change in time from that requested) |
| v. | ) | |
| | ) | |
| | ) | |
| OLEWASAMI BROWN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through their attorney, have stipulated to a continuance of the motions hearing in this case, currently set for May 2, 2008, to May 30, 2008 at 9:00 a.m. The government has requested the continuance due to a four-week trial and to permit it to file responses to the pending motions.

THEREFORE, it appearing that the request is supported by good cause,

IT IS HEREBY ordered that the status conference in this case be continued until May 30, 2008 at **8:15** a.m.

///

///

///

1

1     IT IS HEREBY ORDERED that the time between May 30th and the court's decision on the
2 pending motions be excluded from the Speedy Trial Clock pursuant to 18 United States Code,
3 Section 3161(h).
4 IT IS SO ORDERED.
5 **Dated:**    **May 1, 2008**                         **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE